**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1483**

MARLENE C. WILLIAMS,

                   Plaintiff - Appellant,

          and

MELVIN S. MULDROW, SR.,

                   Plaintiff,

          v.

KENILWORTH EQUITIES, LTD; DRUMCASTLE APARTMENT; RUSHMORE
MANAGEMENT; SIGNATURE PROPERTIES, LLC,

                   Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Brendan A. Hurson, District Judge.  (1:25-cv-00120-BAH)

Submitted:  July 29, 2025                          Decided:  August 1, 2025

Before KING, WYNN, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marlene C. Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM

Marlene C. Williams appeals the district court's order dismissing her 42 U.S.C. §§ 1983, 1985 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Muldrow v. Kenilworth Equities, LTD*, No. 1:25-cv-00120-BAH (D. Md., Mar. 27, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*